UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 1:24-cr-00198-MPB-MG |
| COLTON K. SHORKEY, Defendant. | ) -04 | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☐ OTHER:

☒ FACTORS CONSIDERED: See attached opinion.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-00198-MPB-MG |
| | ) | |
| COLTON K. SHORKEY, | ) -04 | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Colton K. Shorkey has filed a motion seeking compassionate release under § 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 386. For the reasons explained below, his motion for compassionate release is **denied**.

Mr. Shorkey requested compassionate release on the basis that his fiancée needed open-heart surgery, and they did not have any family to help care for his minor children while she was recovering. But Mr. Shorkey provided no evidence to support his claims. On September 28, 2026, the Court ordered Mr. Shorkey to supplement his motion for compassionate release with medical records and any other available evidence supporting his claims about his fiancée's medical conditions by October 21, 2026. Dkt. 504. The Court further stated that if Mr. Shorkey failed to comply with the Order, his motion for compassionate release would be denied without further notice. *Id.* The deadline passed with no action by Mr. Shorkey. Therefore, Colton K. Shorkey's motion for compassionate release, dkt. [386], is **denied**.

**IT IS SO ORDERED.**

Dated: November 5, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Colton K. Shorkey
Reg. No. 47810-511
FCI Terre Haute
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

All Electronically Registered Counsel